UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHAUN VANALSTINE,

Plaintiff,

v.

EAGLE TOWNSHIP,

Defendant.
______________________________/

Case No. 1:26-cv-2381

HON. JANE M. BECKERING

**ORDER**

This is a civil action. Plaintiff filed a renewed Motion for preliminary injunction (ECF No. 7). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 22) on October 1, 2026, recommending that the motion be denied. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 22) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for preliminary injunction (ECF No. 7) is DENIED for the reasons stated in the Report and Recommendation.

Dated: October 23, 2026

/s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge